```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
KIM L. TAFOLLA, pro se,

                    Plaintiff,
                                         ORDER
          -against-                      17-CV-4897(JS)(AKT)

SUFFOLK COUNTY DISTRICT ATTORNEYS
OFFICE, S.C.D.A.O. (SIB),
THOMAS SPOTA, EDWARD HEILIG,
and JOSEPH CARROLL,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Kim L. Tafolla, pro se
                    3 Jay Road
                    Centereach, NY 11720

For Defendants:     No appearance.
```

SEYBERT, District Judge:

On August 21, 2017, pro se plaintiff Kim L. Tafolla ("Plaintiff") filed a Complaint pursuant to the Americans with Disabilities Act of 1990 ("ADA"), as codified, 42 U.S.C. §§ 12112 to 12117, as well as other applicable federal, state, and local anti-discrimination statutes. Plaintiff's Complaint is accompanied by an application to proceed in forma pauperis.

Upon review of Plaintiff's declaration in support of his application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED and the Court ORDERS service of the Complaint by the United States Marshal Service ("USMS") without prepayment of the

filing fee.  The Clerk of the Court shall forward the Summonses, the Complaint, and this Order to the USMS and the USMS shall serve Defendants.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in</u> <u>forma</u> <u>pauperis</u> status is DENIED for the purpose of any appeal.  See <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is further directed to mail a copy of this Order to the <u>pro</u> <u>se</u> Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: October __13__, 2017
       Central Islip, New York